## CITY OF COEUR D'ALENE, IDAHO, et al. v. WASHINGTON WATER POWER CO.
### No. 7773.

Circuit Court of Appeals, Ninth Circuit.

Sept. 24, 1935.

W. B. McFarland and C. H. Potts, both of Coeur d'Alene, Idaho, for appellants City of Coeur d'Alene, Idaho, and others.

Henry T. Hunt, Sp. Asst. to the Atty. Gen., for appellant Ickes.

John P. Gray, of Coeur d'Alene, Idaho, A. J. G. Priest, of New York City, W. F. McNaughton and Robt. H. Elder, both of Coeur d'Alene, Idaho, for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

During the pendency of this appeal from an order granting an interlocutory injunction, the trial court has proceeded with the trial of the cause and issued a permanent injunction. The appeal from the interlocutory decree has become moot, and it is dismissed.